IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANTONIO NESHELL WEAKLEY MYERS**                                          **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:10cv53-DPJ-FKB**

**THE MISSISSIPPI OFFICE OF CAPITAL
POST-CONVICTION COUNSEL**                                                 **DEFENDANT**

## FINAL JUDGMENT

For the reasons given in the Order granting Defendant's motion for summary judgment, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Defendant and against Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's federal claims are dismissed with prejudice, and Plaintiff's state law claims are dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 28th day of May, 2010.

                                                      s/ *Daniel P. Jordan III*
                                                      UNITED STATES DISTRICT JUDGE